# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cr-00239-CAP -ECS
## USA v. Martinez-Montanez et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 04/17/2012.

TIME COURT COMMENCED: 10:45 A.M.
TIME COURT CONCLUDED: 11:00 A.M.
TIME IN COURT: 00:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Martha Frutchey
COURT INTERPRETER: Ion McCall
DEPUTY CLERK: Y. Martin

| | |
|---|---|
| DEFENDANT(S): | [15]Jose Valencia Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Manciagli representing Jose Valencia<br>Lisa Tarvin representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | CBOP 48 mos., followed by 5 yrs spv'd release. $100 special assessment. No fine imposed. Dft given appeal rights. Dft remanded to custody of USM. |
| HEARING STATUS: | Hearing Concluded |